Case 2:20-cv-00226-SAB    ECF No. 78    filed 12/03/21    PageID.897    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 03, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRUCE GOODELL, a single person,<br><br>    Plaintiff,<br><br>    v.<br><br>COLUMBIA COUNTY PUBLIC TRANSPORTATION; COLUMBIA COUNTY TRANSPORTATION AUTHORITY; and DAVID OCAMPO,<br><br>    Defendants. | No. 2:20-CV-00226-SAB<br><br>**ORDER EXTENDING DISCOVERY DEADLINE; DENYING STIPULATED PROTECTIVE ORDER** |

Before the Court are the parties' Stipulated Motion to Extend Discovery Deadline, ECF No. 76, and Stipulated Protective Order, ECF No. 77. The stipulations were considered without oral argument.

First, the parties stipulate and agree that the Court extend their discovery deadline from December 27, 2021, to January 28, 2022. The parties state that the request for an extension stems from unexpected health issues from one of the parties. The Court finds good cause to grant the motion.

However, the Court denies the Stipulated Protective Order. The parties ask the Court to sign a Protective Order that was drafted and agreed to by the parties. It is this Court's practice to not enter general Protective Orders that simply set forth the parties' agreement for handling "confidential" materials.

**ORDER EXTENDING DISCOVERY DEADLINE; DENYING STIPULATED PROTECTIVE ORDER** # 1

The parties are free to contract between themselves regarding disclosure of information produced in discovery and pursue appropriate remedies in the event of breach; however, the Court will not be party to such an agreement. If, in the future, the parties wish to file specific items of discovery in the court record and protect such items from public access, the Court will entertain an application for a narrowly tailored protective order.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Extend Discovery Deadline, ECF No. 76, is **GRANTED**.

2. All discovery shall be completed on or before **January 28, 2022**.

3. The parties' Stipulated Protective Order, ECF No. 77, is **DENIED**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 3rd day of December 2021.



Stanley A. Bastian
Chief United States District Judge