FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 24, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRUCE GOODELL, a single person,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COLUMBIA COUNTY PUBLIC TRANSPORTATION; COLUMBIA COUNTY TRANSPORTATION AUTHORITY; and DAVID OCAMPO,<br><br>　　　　Defendants. | No. 2:20-CV-00226-SAB<br><br>**ORDER GRANTING STIPULATED MOTIONS FOR VOLUNTARY DISMISSAL** |

　　　Before the Court are the Parties' Stipulated Motion to Dismiss Action with Prejudice by all Parties Pursuant to FRCP 41(a)(1)(A)(ii), ECF No. 90, and the Parties' Stipulated Amended Motion to Dismiss with Prejudice, ECF No. 91. The Motions were considered without oral argument. Plaintiff is represented by Andrew Biviano and Defendants are represented by Ronald Van Wert.

　　　The parties ask the Court to dismiss all causes of action in this matter with prejudice, with each party to bear its own costs and attorney's fees. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court grants the Motions with respect to Plaintiff and Defendants.

//

//

　　　Accordingly, **IT IS HEREBY ORDERED**:

**ORDER GRANTING STIPULATED MOTIONS FOR VOLUNTARY DISMISSAL** ~ 1

1.    The Parties' Stipulated Motion to Dismiss Action with Prejudice by all Parties Pursuant to FRCP 41(a)(1)(A)(ii), ECF No. 90, is **GRANTED**.

2.    The Parties' Stipulated Amended Motion to Dismiss with Prejudice, ECF No. 91, is **GRANTED**.

3.    The jury trial date of March 23, 2023 and all other deadlines are **STRICKEN**.

4.    The above-captioned action and claims therein are **DISMISSED with prejudice**. Each party is responsible for their own costs and attorneys' fees.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 24th day of October 2022.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING STIPULATED MOTIONS FOR VOLUNTARY DISMISSAL \* 2**